IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUACY TOM WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 2:17-CV-680-WKW [WO] |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

## **ORDER**

On December 30, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 22.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 21st day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE